# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00499-CV

**Jose Fernandez Galan Palau, Appellant**

**v.**

**Flor De Maria Navarro Sanchez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-06-002234, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal, stating that the trial court's later ruling rendered the appeal moot. Appellee, who earlier filed a motion seeking to have the appeal dismissed for want of jurisdiction, has filed a motion opposing the dismissal of the appeal until we assess sanctions against appellant. We overrule appellee's motion for sanctions, but will assess all costs on appeal against appellant. We grant appellant's motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). We further grant Susan Norman's emergency motion to withdraw as appellant's counsel, leaving appellant's additional retained attorney, Andres P. Chaumont, as counsel.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: November 16, 2007